IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADSAM MARKETING, LLC,
a Delaware limited liability company,

    Plaintiff,

vs.                                                               1:07-CV-006-SPM

RSC THE QUALITY MEASUREMENT
COMPANY, d/b/a The ARS Group, an
Indiana corporation,

    Defendant.
_____/

## ORDER EXTENDING DEADLINES AND CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the "Joint Report to Extend Deadlines and Reschedule Trial" (doc. 81), in which the parties request that certain deadlines be extended in order to allow time for discovery in the event that this Court does not find that there was an enforceable settlement. In addition to changing the trial date, it will also be necessary to extend mediation deadlines in order to correspond with the new deadlines for discovery cutoff and filing of dispositive motions.

The Court finds the extension to be appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension of deadlines (doc. 81) is hereby *granted*.

2.     All discovery shall be completed on or before ***July 1, 2008.***

1

3. All expert reports should be disclosed on or before ***August 1, 2008***.

4. All dispositive motions shall be filed on or before ***October 1, 2008***.

5. The pre-trial conference is rescheduled for ***Monday, November 17, 2008 at 1:30 pm***.

6. Trial is reset for ***Monday, December 8, 2008*** at ***8:30 am*** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge