IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADSAM MARKETING, LLC,
a Delaware limited liability company,

    Plaintiff,

vs.                                  1:07-CV-006-SPM

RSC THE QUALITY MEASUREMENT
COMPANY, d/b/a The ARS Group, an
Indiana corporation,

    Defendant.
_____/

## ORDER CONTINUING HEARING

**THIS CAUSE** comes before the Court upon the parties "Agreed Motion for Brief Continuance of Hearing" (doc. 90). The parties have represented that they are working towards an amicable settlement of their issues. Consequently, they have requested a continuance of two weeks in order to pursue these settlement negotiations. Seeing good cause for the continuance, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The joint motion to continue the hearing (doc. 90) is hereby *granted*.

2. The settlement enforcement hearing is now scheduled for **March 12, 2008 at 1:30 pm** in Gainesville, FL.

**DONE AND ORDERED** this twelfth day of February, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge