IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADSAM MARKETING, LLC, a
Delaware limited liability company,

    Plaintiff,

vs.                                                       1:07-CV-006-SPM

RSC THE QUALITY MEASUREMENT
COMPANY, d/b/a The ARS Group,
an Indiana corporation,

    Defendant.
_____/

## ORDER GRANTING MOTIONS TO WITHDRAW

    PENDING NOW before the Court is "Plaintiff Adsam's Memorandum of Law and Motion to Withdraw Motion to Enforce Settlement" (doc. 96) and Defendant's "Motion to Withdraw Cross Motion to Enforce Settlement." (doc. 97)  Plaintiff had originally requested that this court enforce settlement in this action.  Now Plaintiff represents that the agreement he sought to enforce was not an enforceable settlement agreement at all.  Therefore, Plaintiff requests that its motion to enforce the settlement agreement be withdrawn.

    Defendant, on the other hand, thought that the parties were moving towards a negotiated settlement.  However, Defendant now feels that litigation may be the best way to defend itself against Plaintiff's claims.  Therefore, Defendant would also like to

withdraw its cross-motion to enforce settlement.

Furthermore, the parties both agree that given the present situation, there is no need for oral arguments that had been scheduled for today.  To that end, the parties have filed a "Joint Motion to Vacate Oral Argument on Motion and Cross Motion to Enforce Settlement." (doc. 98) The Court agrees that oral arguments are now unnecessary.  The motion to vacate the request for oral argument will be granted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Withdraw Motion to Enforce Settlement (doc. 96) is ***granted***.

2. Plaintiff's Motion to Enforce Settlement (doc. 46) is ***withdrawn***.

3. Defendant's Motion to withdraw (doc. 97) is ***granted***.

4. Defendant's cross-motion to enforce settlement (doc. 52) is ***withdrawn***.

5. The joint motion to vacate oral argument is ***granted***.  Oral arguments scheduled for March 12, 2008 are hereby cancelled.

SO ORDERED this twelfth day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge