**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ADSAM MARKETING, LLC,
a Delaware limited liability company,

    Plaintiff,

vs.                                                    1:07-CV-006-SPM

RSC THE QUALITY MEASUREMENT
COMPANY, d/b/a The ARS Group, an
Indiana corporation,

    Defendant.
_____/

## SUA SPONTE ORDER CHANGING TRIAL DATE

On January 25, 2008, this Court granted the parties' Joint Motion to Extend Deadlines.  However, the Court now realizes that the trial date must be rescheduled.  The trial is hereby rescheduled for **Monday, December 1, 2008** at **8:30 am** at the United States Courthouse in Gainesville, Florida.  The pre-trial conference will be scheduled at a later date, by separate order.

DONE AND ORDERED this <u>fifteenth</u> day of August, 2008.


                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge