**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

ADSAM MARKETING, LLC,
a Delaware limited liability company,

      Plaintiff,

vs.                                               1:07-CV-006-SPM

RSC THE QUALITY MEASUREMENT
COMPANY, d/b/a The ARS Group,
an Indiana corporation,

      Defendant.

_____/

## ORDER EXTENDING DEADLINES AND CONTINUING TRIAL

THIS CAUSE comes before the Court upon the "Joint Motion to Extend Deadlines and Reschedule Trial" (doc. 159), in which the parties request that certain deadlines be extended in response to what has been a protracted mediation process.  In the event that the parties are unable to settle this case through mediation, the pretrial deadlines should be extended to allow time for additional discovery.  In addition to changing the trial date, it will also be necessary to extend mediation deadlines in order to correspond with the new deadlines for discovery cutoff and filing of dispositive motions.

The Court finds the extensions to be appropriate.  Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.      The motion for extension of deadlines (doc. 159) is hereby **granted**.

2.      All discovery shall be completed on or before **February 4, 2009.**

3.      All expert reports should be disclosed on or before **March 4, 2009**.

4.      All dispositive motions shall be filed on or before **March 30, 2009**.

5.      The pre-trial conference is rescheduled for **April 15, 2009 at 1:30 pm**.

6.      Trial is reset for **Monday, May 4, 2009** at **8:30 am** at the United States

Courthouse in Gainesville, Florida.

DONE AND ORDERED this <u>twenty-second</u> day of October, 2008.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge